UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-8799-RMM

UNITED STATES OF AMERICA

v.

ELMER BAIL-VELASQUEZ,
a/k/a "Elmer Vail-Velasquez,"
a/k/a "Elmer Vail-Vasquez,"

Defendant.
_______________________________/

FILED BY MEE D.C.
Oct 23, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WEST PALM BEAC

## CRIMINAL COVER SHEET

1. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

2. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

3. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

4. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? ☐ Yes ☑ No

5. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 30, 2026? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: *Aurora Fagan*

AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 188591
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Email: Aurora.Fagan@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.

ELMER BAIL-VELASQUEZ,
a/k/a "Elmer Vail-Velasquez,"
a/k/a "Elmer Vail-Vasquez,"

*Defendant(s)*

Case No. 26-mj-8799-RMM

FILED BY MEE D.C.
Oct 23, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WEST PALM BEAC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 4, 2023 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Luis Camacho, ICE Deportation Officer

*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: 10/23/26

*Judge's signature*

City and state: West Palm Beach, FL

Ryon M. McCabe, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT**
**OF**
**LUIS CAMACHO**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Luis Camacho, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Elmer BAIL-VELASQUEZ, who is also known as Elmer VAIL-VELASQUEZ and Elmer VAIL-VASQUEZ, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about October 4, 2023, Elmer BAIL-VELASQUEZ was arrested in Palm Beach County, Florida for simple battery - domestic. He was booked and detained at the Palm Beach County Jail. ICE became aware that Elmer BAIL-VELASQUEZ was arrested, however, on or about October 5, 2023, Elmer BAIL-VELASQUEZ was released from custody under a supervised order of release prior to ICE taking any action.

4. On or about October 17, 2026, Elmer BAIL-VELASQUEZ was arrested in Palm Beach County, Florida, for driving without a driver's license. He was booked and detained at the Palm Beach County Jail.

5. A review of the immigration records shows that Elmer BAIL-VELASQUEZ is a native and citizen of Guatemala. Records further show that on or about July 3, 2009, an immigration official ordered Elmer BAIL-VELASQUEZ to be removed from the United States. On or about July 10, 2009, the Order of

Removal was executed and Elmer BAIL-VELASQUEZ was removed from the United States and returned to Guatemala.

6. Elmer BAIL-VELASQUEZ's fingerprints taken in connection with his October 4, 2023, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Elmer BAIL-VELASQUEZ.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Elmer BAIL-VELASQUEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Elmer BAIL-VELASQUEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about October 4, 2023, Elmer BAIL-VELASQUEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Luis Camacho
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 23 day of October 2026.

HONORABLE RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: ELMER BAIL-VELASQUEZ, a/k/a "Elmer Vail-Velasquez," a/k/a "Elmer Vail-Vasquez"

**Case No**: ____________________

Count #1

Illegal Re-entry after Removal

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment:** 2 Years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 1 Year
* **Max. Fine:** $250,000
* **Special Assessment:** $100

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**